UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

vs.

KOMILJON TOIROV,

    Defendant-Appellee.

No. 25-2109

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE A PETITION FOR REHEARING**

Pursuant to 10th Cir. R. 27.5, the United States of America hereby moves this Court for an additional two weeks in which to file any petition for rehearing in this matter. As grounds for this motion, the government states as follows:

1. The Court issued its order and judgment affirming the district court's detention decision on December 5, 2025. Any petition for rehearing is due on December 19, 2025. Fed. R. App. P. 40(d)(1).

2. The United States requires additional time to consider whether to seek rehearing. Any decision on a petition for rehearing requires consultation with others in the Department, including the Office of the Solicitor General, and the United States has not been able to complete this consultation process given the press of other deadlines both in this Court and at the district court

level, including supplemental briefing due in 19 matters seeking disqualification of the Acting U.S. Attorney due on Friday, December 19, and the review of the brief in the multidefendant trial appeal *United States v. Wahhaj et al.*, Tenth Cir. No. 23-2168, due on December 26, 2025.

3.  Amanda Skinner, attorney for Mr. Toirov, does not oppose this motion.

For the foregoing reasons, the United States respectfully requests that this Court permit an additional two weeks in which to file any petition for rehearing in this matter.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

RYAN ELLISON
Acting United States Attorney
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
ryan.ellison@usdoj.gov

CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on December 16, 2025.  I ALSO CERTIFY that Amanda Skinner, attorney for defendant/appellee Komiljon Toirov, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system.

                                              *s\ Ryan Ellison*
                                              RYAN ELLISON
                                              Acting United States Attorney